IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FAITH W. BROWN,
    Plaintiff,

                                    Civil No. 2:22-CV-11425

v.

KILOLO KIJAKAZI,                    DISTRICT JUDGE BERG
ACTING COMMISSIONER
OF SOCIAL SECURITY,
    Defendant.
_____/

**STIPULATION TO REMAND TO THE COMMISSIONER**

Pursuant to sentence four of 42 U.S.C. § 405(g), the parties stipulate that the Court should enter an order remanding the above-captioned case to the Commissioner for further administrative action. On remand, the Appeals Council will instruct the Administrative Law Judge ("ALJ") to further evaluate whether medical improvement occurred and give further consideration to Plaintiff's residual functional capacity. The ALJ will also give Plaintiff the opportunity for a hearing, take any further action needed to complete the administrative record, and issue a new decision.

Respectfully submitted,

DAWN N. ISON
United States Attorney

| | |
|---|---|
| /s/ Meredith E. Marcus[1] | /s/ Lisa G. Smoller |
| Meredith E. Marcus | Lisa G. Smoller |
| Daley Disability Law, P.C. | Special Assistant United States Attorney |
| 4256 N. Ravenswood Ave., Ste. 104 | 6401 Security Boulevard |
| Chicago, IL 60613 | Baltimore, MD 21235 |
| (312) 561-3030 | (617) 565-4279 |
| mmarcus@fdaleylaw.com | lisa.g.smoller@ssa.gov[2] |

---

[1] Signed with consent obtained by email by Special Assistant United States Attorney Lisa G. Smoller, received on December 21, 2022.

[2] Of Counsel: Zak Toomey, Assistant United States Attorney, 211 Fort Street, Suite 2001, Detroit, MI 48226, MO 61618.

CERTIFICATE OF SERVICE

      I hereby certify that on December 21, 2022, the foregoing document was electronically filed with the Clerk of the Court using the ECF system.

      I further certify that an employee of the United States Attorney's Office, mailed, via United States Postal Service, a copy of the document to Meredith Marcus at:

Meredith Marcus
Daley Disability Law, P.C.
4256 N. Ravenswood Ave., Ste. 104
Chicago, IL 60613

/s/ Lisa G. Smoller
Lisa G. Smoller
Special Assistant United States Attorney
6401 Security Boulevard
Baltimore, MD 21235
(617) 565-4279
Lisa.g.smoller@ssa.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FAITH W. BROWN,
    Plaintiff,

Civil No. 2:22-CV-11425

v.

KILOLO KIJAKAZI,        DISTRICT JUDGE BERG
ACTING COMMISSIONER
OF SOCIAL SECURITY,
    Defendant.
_____/

## ORDER REMANDING CASE UNDER SENTENCE FOUR PER PARTIES' STIPULATION

The parties' Stipulation to Remand to the Commissioner is granted, and this case is remanded to the Commissioner for further proceedings under sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council will instruct the Administrative Law Judge ("ALJ") to further evaluate whether medical improvement occurred and give further consideration to Plaintiff's residual functional capacity. The ALJ will also give Plaintiff the opportunity for a hearing, take any further action needed to complete the administrative record, and issue a new decision.

Dated: December 22, 2022        /s/Terrence G. Berg_____
                                          HON. TERRENCE G. BERG
                                          United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FAITH W. BROWN,

    Plaintiff,

v.

Civil No. 2:22-CV-11425

KILOLO KIJAKAZI,
ACTING COMMISSIONER
OF SOCIAL SECURITY,

DISTRICT JUDGE BERG

    Defendant.
_____/

## **J U D G M E N T**

In accordance with the Order Remanding Case Under Sentence Four Per Parties' Stipulation entered on this date,

It is ORDERED AND ADJUDGED that the case is REMANDED to the Commissioner of Social Security for further proceedings in accordance with that order.

_____
TERRENCE G. BERG
United States District Judge

Dated: