UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **FAITH W. BROWN**, <br><br>            Plaintiff, <br><br>vs. <br><br>**COMMISSIONER OF SOCIAL SECURITY,** <br><br>            Defendant. | **2:22-CV-11425-TGB-EAS** |

## JUDGMENT

In accordance with the Order issued on December 22, 2022:

It is **ORDERED AND ADJUDGED** that this matter be **REMANDED** for further proceedings.

Dated at Detroit, Michigan: January 30, 2023.

                                                KINIKIA ESSIX
                                                CLERK OF THE COURT

                                                s/A. Chubb
                                                Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE